IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE GLOVER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CASE NO.: 2:06CV466-SRW ) |
| ELI LILLY AND COMPANY et al., | ) ) |
| Defendants. | ) ) ) |

**DEFENDANT ELI LILLY AND COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

_____
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for defendant
Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

    **OF COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid, on this 23rd day of May 2006 upon the following:

    E. Frank Woodson, Esq.
    Beasley, Alllen, Crow,
    Methvin, Portis & Miles, P.C.
    P.O. Box 4160
    Montgomery, Alabama 36104

                                    Of Counsel

W0558335.DOC