# EXHIBIT A

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SHAHEED MUHAMMAD,                    )
                                     )
     Plaintiff,                      )
                                     )      CIVIL ACTION NO.
     v.                              )       2:05cv1046-T
                                     )
ELI LILLY AND COMPANY and            )
YOLANDA BROWN, Sales                 )
Representative,                      )
                                     )
     Defendants.                     )

                          ORDER

     It is ORDERED that the motion to stay (Doc. No. 6) is

granted and that this cause is stayed pending MDL

transfer.

     DONE, this the 22nd day of November, 2005.


                    ___/s/ Myron H. Thompson___
                    UNITED STATES DISTRICT JUDGE