# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHAHEED MUHAMMAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY and )<br>YOLANDA BROWN, Sales )<br>Representative, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:05cv1046-MHT |

ORDER

It is ORDERED that the motion to reconsider (Doc. No. 12) is denied.

DONE, this the 24th day of March, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE