# EXHIBIT J

STAY

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00569-SLB

Wesley v. Eli Lilly and Company et al  
Assigned to: Judge Sharon Lovelace Blackburn  
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 03/23/2006  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Crystal Wesley**     represented by     **Timothy C Davis**  
HENINGER GARRISON DAVIS LLC  
2224 First Avenue North  
PO Box 11310  
Birmingham, AL 35202  
205-326-3336  
Fax: 205-326-3332  
Email: ldaniel@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**W Lewis Garrison, Jr**  
HENINGER GARRISON & DAVIS LLC  
2224 First Avenue North  
Birmingham, AL 35203  
205-326-3336  
Fax: 205-326-3332  
Email: wlgarrison@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William L Bross, IV**  
HENINGER GARRISON & DAVIS LLC  
2224 First Avenue North  
PO Box 11310  
Birmingham, AL 35202  
205-326-3336  
Fax: 205-326-3332  
Email: wlbross@gsattys.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Eli Lilly and Company        represented by    **Alan Daniel Mathis**
JOHNSTON BARTON PROCTOR &
POWELL LLP
AmSouth Harbert Plaza, Suite 2900
1901 6th Avenue North
Birmingham, AL 35203-2618
458-9400
Email: adm@jbpp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C Barton, Jr**
JOHNSTON BARTON PROCTOR &
POWELL LLP
AmSouth Harbert Plaza, Suite 2900
1901 6th Avenue North
Birmingham, AL 35203-2618
458-9400
Email: jbartonjr@jbpp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Mary V. Green        represented by    **Alan Daniel Mathis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C Barton, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2006 | 1 | NOTICE OF REMOVAL by Eli Lilly and Company from the Jeffeson County Circuit Court, case number CV-06-1197. ( Filing fee $ 250.00, receipt # 200 224545 ) with copy of summons and complaint attached (KSS, ) (Entered: 03/23/2006) |
| 03/23/2006 | 2 | ANSWER to Complaint (Notice of Removal) with jury demand by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |
| 03/23/2006 | 3 | ANSWER to Complaint (Notice of Removal) with jury demand by Mary V. Green. (KSS, ) (Entered: 03/23/2006) |
| 03/23/2006 | 4 | MOTION to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |


| 03/23/2006 | 5 | Brief Memorandum in support of 4 MOTION to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation filed by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |
| --- | --- | --- |
| 03/23/2006 | 6 | NOTICE of Corporate Disclosure by Eli Lilly and Company. (KSS, ) (Entered: 03/23/2006) |
| 03/27/2006 | | ORDER granting 4 Motion to Stay. Signed by Judge Sharon Lovelace Blackburn on 03/27/2006. (SDB, ) (Entered: 03/27/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 03/29/2006 15:43:31 | | | |
| PACER Login: | jb0116 | Client Code: | 2046-27 |
| Description: | Docket Report | Search Criteria: | 2:06-cv-00569-SLB |
| Billable Pages: | 1 | Cost: | 0.08 |