# EXHIBIT T