## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 30, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Nicole Glover vs. Eli Lilly and Company, et al**
**Case Number: 2:06cv466-WHA**

**Pleading : #6 - Notice of Reassignment**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/30/2006 with the appropriate pdf attached.**

**The corrected pdf document is attached to this notice.**