IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE GLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv466-WHA |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Stay (Doc. #4), filed on May 23, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before June 13, 2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 31st day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE